**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **David P Schneider**   JOINT DEBTOR: **Karen A Schneider**   CASE NO.: _____
Last Four Digits of SS# **xxx-xx-3169**   Last Four Digits of SS# **xxx-xx-4475**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ __**165.00**__ for months __**1**__ to __**25**__ ;
  B. $ __**337.87**__ for months __**26**__ to __**60**__ ;
  C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ __**3,500.00**__  TOTAL PAID $ __**1,000.00**__
                Balance Due     $ __**2,500.00**__  payable $ __100.00__ /month (Months __1__ to __25__ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**     Arrearage on Petition Date $ _____
Address: _____     Arrears Payment $ _____ /month (Months _ to _)
Account No: _____     Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service P.O. Box 7346; Philadelphia, PA 19101-7346**   Total Due $ **8,500.00**
   Payable $ **50.00**       (Months **1 to 25**
             **207.15** /month    **6 to 60**)   Regular Payment $ **N/A**

Unsecured Creditors: Pay $ **100.00** /month (Months **26** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **Wells Fargo Hm Mortgag (#5265): Debtor will pay claim directly for homestead located at 508 2nd Ave North, Lake Worth, FL 33460. Westlake Financial Svc (#4227): Debtor will pay claim directly for Ford F150..**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ David P Schneider**                **/s/ Karen A Schneider**
**David P Schneider**                    **Karen A Schneider**
Debtor                                    Joint Debtor
Date: **September 22, 2015**             Date: **September 22, 2015**